# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARILLA AMERICA, INC., | CASE NO. 1:09-cv-00440-OWW-SKO |
| Plaintiff, | |
| v. | **ORDER THAT PARTIES SUBMIT STATUS REPORT** |
| S.K. FOODS, L.P., | |
| Defendant. | |
| _____ / | |

    On May 7, 2009, Defendant S.K. Foods, L.P. ("Defendant") filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the Eastern District of California. (*See* Doc. 31.) On May 11, 2009, Defendant filed a notice of pendency of the bankruptcy action. (Doc. 31.) As a result, the Court stayed this matter during the pendency of the bankruptcy proceedings. (Doc. 32.)

    On June 23, 2011, the Court issued a minute order requiring the parties to file a status report by no later than July 14, 2011. (Doc. 35.) Neither party has complied with this minute order.

    The parties are cautioned that the "[f]ailure of counsel or of a party to comply . . . with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized

by statute or Rule or within the inherent power of the Court."  Local Rule 110.

       Accordingly, the Court HEREBY ORDERS that:

       1.     Each party shall file a status report **on or before August 16, 2011;** and

       2.     Failure to comply with this order may result in the imposition of monetary sanctions on both counsel and the parties.

IT IS SO ORDERED.

**Dated:**   **August 11, 2011**                      **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE