# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARILLA AMERICA, INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>SK Foods, LP,<br><br>        Defendant. | No. 1:09-cv-00440-SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE** |

On February 3, 2015, Plaintiff filed a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 56.) The Court having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. All claims asserted by Barilla America, Inc. against Defendant SK Foods, L.P. in the underlying action are hereby dismissed with prejudice;
2. The Clerk of Court is to administratively close this case; and
3. Each Party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  **February 4, 2015**               **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28